

Douglas B. Lipsky

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

Application GRANTED.   The initial pretrial conference
currently scheduled for August 25, 2020, is
RESCHEDULED to **October 6, 2020, at 3:00 p.m**.  The
Clerk of Court is directed to terminate ECF No. 12.  SO
ORDERED.

August 17, 2020

August 17, 2020

<u>VIA ECF</u>
The Honorable Jesse M. Furman, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Nisbett v. Buffy Inc., 1:20-cv-2981 (JMF)</u>

Dear Judge Furman:

      This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act, New York State Human Rights Law and New York City Human Rights Law. We respectfully request an adjournment of the August 25, 2020, 3:00 p.m., Initial Pretrial Conference, as no counsel as appeared on Defendant's behalf.

      Defendant was served with the Summons and Complaint on July 8, 2020, making its responsive pleading due by July 29. (Doc. No. 9). However, no attorney representing the Defendant has contacted this firm nor filed a Notice of Appearance. This is possibly because it was served via the New York Secretary of State, as a delay sometimes occurs between a company being served under this method and receiving notice of being served. Because of this likelihood and to conserve judicial resources, Plaintiff makes this request to adjourn the conference.

      This would be the second time this conference was adjourned, with the conference originally being scheduled for July 7 and rescheduled because service was not perfected by then. (Doc. No. 7). The adjournment, if granted, would not affect any other deadlines or conferences. We appreciate the Court's consideration of this request.

      Respectfully submitted,
      LIPSKY LOWE LLP

      <u>s/ Douglas B. Lipsky</u>
      Douglas B. Lipsky



The Honorable Valerie E. Caproni
March 6, 2019
Page 2 of 2