**EXHIBIT B**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM NISBETT, Individually and on behalf of all other persons similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BUFFY INC.,<br><br>　　　　　　　Defendant. | 1:20-CV-02981-JMS<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Kareem Nisbett ("Plaintiff") and Buffy, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated:　　　February 5　, 2021

| | |
|---|---|
| LIPSKY LOWE LLP | MORGAN, LEWIS & BOCKIUS LLP |
| By: _____<br>Douglas B. Lipsky, Esq.<br>Christopher H. Lowe, Esq.<br>420 Lexington Avenue, Suite 1830<br>New York, NY 10170<br>Tel: (212) 392-4772<br>doug@lipskylowe.com<br>chris@lipskylowe.com<br><br>*Attorneys for Plaintiff* | By: _____<br>Michael F. Fleming<br>101 Park Avenue<br>New York, New York 10178<br>Tel: (212) 309-6207<br>michael.fleming@morganlewis.com<br><br>*Attorneys for Defendant* |

**SO ORDERED:**

Dated: ___February 19___, 2021

_____
United States District Judge